RECEIVED
APR 27 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| KEITH RICKERSON | CIVIL ACTION NO. 06-0092 |
| versus | JUDGE HICKS |
| BACHTOLD BROTHERS, INC. | MAGISTRATE JUDGE HORNSBY |

## REPORT AND RECOMMENDATION

Defendant Bachtold Brothers, Inc. removed this case based on assertions of diversity of citizenship and jurisdiction stemming from this case being related to a case under the Bankruptcy Code, namely Bachtold Brothers' pending bankruptcy proceeding in the Central District of Illinois. Defendant filed a notice (Doc. 7) of the bankruptcy filing and suggested that the automatic stay precluded the continuation of this case.

The court issued an order (Doc. 8) that Plaintiff file by March 20, 2006 either: (1) a stipulation of dismissal of this civil action without prejudice, so that the claim may be pursued in the bankruptcy proceeding, or (2) a copy of a motion filed in the Bankruptcy Court for the Central District of Illinois seeking relief from the bankruptcy stay to pursue this civil action in this court. The order continued: "If counsel chooses to file a motion to lift stay, he shall inform this court in writing of the status of the motion to lift stay at least monthly until the motion is decided." The order warned: "Failure to comply with this order may result in dismissal of this case for failure to prosecute." The March 20 deadline has long

since passed, and Plaintiff has filed nothing. Dismissal for failure to prosecute is warranted under these circumstances.

Accordingly;

**IT IS RECOMMENDED** that Plaintiff's complaint be **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

### Objections

Under the provisions of 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b), parties aggrieved by this recommendation have ten (10) business days from service of this report and recommendation to file specific, written objections with the Clerk of Court, unless an extension of time is granted under Fed. R. Civ. P. 6(b). A party may respond to another party's objections within ten (10) days after being served with a copy thereof. Counsel are directed to furnish a courtesy copy of any objections or responses to the District Judge at the time of filing.

A party's failure to file written objections to the proposed findings, conclusions and recommendation set forth above, within 10 days after being served with a copy, shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court. See Douglass v. U.S.A.A., 79 F.3d 1415 (5th Cir. 1996) (en banc).

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 27 day of April, 2006.

                                          MARK L. HORNSBY
                                UNITED STATES MAGISTRATE JUDGE

cc: Judge Hicks